THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-00430-D

| | | |
|---|---|---|
| PHILIP HARDISON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| AMEDICA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on a Consent Motion to Stay Pending Arbitration under the Federal Arbitration Act, 9 U.S.C. § 3. For good cause shown, and based on the consent of the parties, the motion is GRANTED and the Court hereby stays its proceedings in this case pending the outcome of binding arbitration.

SO ORDERED. This 20 day of January 2016.

JAMES C. DEVER III
Chief United States District Judge